IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | |
|---|---|
| Carol Byrd, : | |
| : | |
| Plaintiff(s), : | |
| : | Case Number: 1:09cv772 |
| vs. : | |
| : | Chief Judge Susan J. Dlott |
| Time Warner Cable, et. al., : | |
| : | |
| Defendant(s). : | |

ORDER

This matter is before the Court pursuant to the Order of General Reference in the United States District Court for the Southern District of Ohio Western Division to United States Magistrate Judge J. Gregory Wehrman.  Pursuant to such reference, the Magistrate Judge reviewed the pleadings and filed with this Court on June 9, 2010 a Report and Recommendation (Doc. 36).  Subsequently, the plaintiff filed objections to such Report and Recommendation (Doc. 43).

The Court has reviewed the comprehensive findings of the Magistrate Judge and considered de novo all of the filings in this matter. Upon consideration of the foregoing, the Court does determine that such Recommendation should be adopted.

Accordingly, the Court finds that defendants are entitled to summary judgment with respect to plaintiff's claims for wrongful termination in violation of Ohio public policy (Count II), age discrimination in violation of the Ohio law (Count IV) and disability discrimination in violation of the ADA (Count VIII).

Therefore, defendants' motion for partial summary judgment (Doc. 7) is **GRANTED** and Counts II, IV and VIII of plaintiff's complaint are **DISMISSED.**

**IT IS SO ORDERED.**

　　　　　　　　　　　　　　　　　　　　___s/Susan J. Dlott_____
　　　　　　　　　　　　　　　　　　　　Chief Judge Susan J. Dlott
　　　　　　　　　　　　　　　　　　　　United States District Court